IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-04-670 |
| | § | C.A. No. C-06-20 |
| JOSE ALEXANDER | § | |
| GRANADOS-VAQUIZ, | § | |
| | § | |
| Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Jose Alexander Granados-Vaquiz's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

Ordered this 14th day of June, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE